1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

JUNHO HYON,

No.  2:16-cv-2626 JAM CKD PS

12

Plaintiff,

13

v.

ORDER AND

14

LAURA PAGEY, et al.,

ORDER TO SHOW CAUSE

15

Defendants.

16

17

Plaintiff is proceeding in this action pro se.  Plaintiff has requested authority pursuant to

18

28 U.S.C. § 1915 to proceed in forma pauperis.  This proceeding was referred to this court by

19

Local Rule 302(c)(21).

20

Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable

21

to prepay fees and costs or give security for them.  Accordingly, the request to proceed in forma

22

pauperis will be granted.  28 U.S.C. § 1915(a).

23

In the complaint, plaintiff complains about fraudulent actions allegedly committed by

24

defendants.  The complaint, however, does not allege a basis for subject matter jurisdiction in this

25

court.  The federal courts are courts of limited jurisdiction.  In the absence of a basis for federal

26

jurisdiction, plaintiff's claims cannot proceed in this venue.  Because there is no basis for federal

27

subject matter jurisdiction evident in the complaint, plaintiff will be ordered to show cause why

28

/////

1

1    this action should not be dismissed.  Failure to allege a proper basis for subject matter jurisdiction

2    will result in a recommendation that the action be dismissed.

3           Accordingly, IT IS HEREBY ORDERED that:

4        1.  Plaintiff's request to proceed in forma pauperis (ECF No. 2) is granted;

5        2.   No later than November 23, 2016, plaintiff shall show cause why this action should

6    not be dismissed for lack of subject matter jurisdiction.

7    Dated:  November 8, 2016

8                                          _____
                                           CAROLYN K. DELANEY
9                                          UNITED STATES MAGISTRATE JUDGE

10

11   4 hyon2626.ifp.nosmj

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28